**Order entered January 17, 2017**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00512-CV

**SKYLER ROUNTREE, Appellant**

**V.**

**JENNIFER CAVAZOS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00588-2015**

## ORDER

The Court **REINSTATES** this appeal.

Before the Court is appellant's January 13, 2017 unopposed amended motion for additional time to conduct a hearing ordered by this Court on her motion to correct reporter's record for appeal.

Appellant's motion is **GRANTED**. The trial court is **ORDERED** to conduct a hearing for the purpose of determining whether the reporter's record accurately reflects the trial court proceedings in this case. The trial court shall determine what section of the reporter's record is in dispute and resolve the disputed portions of the reporter's record to accurately reflect the trial court proceedings. In the event the trial court determines that corrections need to be made to the reporter's record, the trial court shall order the court reporter to conform the reporter's record to

what occurred in the trial court and to file certified corrections to the record in the appellate court. TEX. R. APP. P. 34.6(e)(3).

This appeal is **ABATED** and shall be reinstated on February 23, 2017 or when the supplemental reporter's record is received, whichever is earlier.

/s/      ELIZABETH LANG-MIERS
            JUSTICE